Clay J. Christianson (SB# 143024)
KELLY JACKSON CHRISTIANSON & SMITH, LLP
100 B Street, Suite 430
Santa Rosa, California 95401
(707) 578-7160
(707) 578-7469/Facsimile
e-mail: cchristianson@phkellylaw.com

Attorneys for Defendants
  County of Lake and Jeffrey Reed

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH W. COCKING AND GAIL L. COCKING, individually and as personal representatives of the Estate of Kenneth J. Cocking,<br><br>                    Plaintiffs,<br><br>    v.<br><br>OFFICER J. REED, Badge #J-27, LAKE COUNTY SHERIFF'S DEPARTMENT AND LAKE COUNTY, and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Docket No. C 05 00004 JSW<br><br>[~~PROPOSED~~]<br><br>**ORDER EXTENDING TIME** |

Good cause appearing,

IT IS HEREBY ORDERED that the Early Neutral Evaluation can occur on August 2, 2005 and that defendant Jeffrey Reed be allowed to appear by telephone at the Early Neutral Evaluation because he lives in Texas.

IT IS SO ORDERED.

Dated: __May 5__, 2005        /s/ Jeffrey S. White
                                            Jeffrey S. White
                                            UNITED STATES DISTRICT COURT JUDGE