| | |
|---|---|
| 1 | Clay J. Christianson (SB# 143024) |
| | KELLY JACKSON CHRISTIANSON & SMITH, LLP |
| 2 | 100 B Street, Suite 430 |
| | Santa Rosa, California 95401 |
| 3 | (707) 578-7160 |
| | (707) 578-7469/Facsimile |
| 4 | e-mail: cchristianson@phkellylaw.com |
| 5 | Attorneys for Defendants |
| | County of Lake and Jeffrey Reed |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KENNETH W. COCKING AND GAIL L. COCKING, individually and as personal representatives of the Estate of Kenneth J. Cocking,

Plaintiffs,

v.

OFFICER J. REED, Badge #J-27, LAKE COUNTY SHERIFF'S DEPARTMENT AND LAKE COUNTY, and DOES 1 through 100, inclusive,

Defendants.

Docket No. C 05 00004 JSW

[PROPOSED]

ORDER EXTENDING TIME

Good cause appearing,

IT IS HEREBY ORDERED that the Early Neutral Evaluation can occur on August 2, 2005 and that defendant Jeffrey Reed be allowed to appear by telephone at the Early Neutral Evaluation because he lives in Texas.

IT IS SO ORDERED.

Dated: __May 5__, 2005      /s/ Jeffrey S. White
Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE