Clay J. Christianson (SB# 143024)
KELLY JACKSON CHRISTIANSON & SMITH, LLP
100 B Street, Suite 430
Santa Rosa, California 95401
(707) 578-7160
(707) 578-7469/Facsimile
e-mail: cchristianson@phkellylaw.com

Attorneys for Defendants
County of Lake and Jeffrey Reed

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KENNETH W. COCKING AND GAIL L. COCKING, individually and as personal representatives of the Estate of Kenneth J. Cocking,

Plaintiffs,

v.

OFFICER J. REED, Badge #J-27, LAKE COUNTY SHERIFF'S DEPARTMENT AND LAKE COUNTY, and DOES 1 through 100, inclusive,

Defendants.

Docket No. C 05 00004 JSW

[PROPOSED]

ORDER EXTENDING TIME

Good cause appearing,

IT IS HEREBY ORDERED that the Early Neutral Evaluation can occur on September 1, 2005 and that defendant Jeffrey Reed be allowed to appear by telephone at the Early Neutral Evaluation because he lives in Texas.

IT IS SO ORDERED.

Dated: July 28 , 2005

Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE