IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH W. COCKING,

    Plaintiff,

v.

OFFICER J. REED,

    Defendant.

                                                /

No. C 05-00004 JSW

**ORDER REQUESTING STATUS REPORT**

On August 31, 2005, the parties filed a notice of settlement of this action, which indicated that the settlement was subject to the Board of Supervisors' approval. The Court HEREBY ORDERS the parties to submit a status report by October 7, 2005, detailing when they expect the settlement to be finalized and the case dismissed.

    **IT IS SO ORDERED.**

Dated: September 30, 2005

                                                          JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE